# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| CHARLES A. KNOLL, | : | No. 72 WAL 2016 |
| | : | |
| Respondent | : | |
| | : | |
| | : | Cross Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| | : | |
| EUSTACE O. UKU, YALE | : | |
| DEVELOPMENT & CONTRACTING, INC. | : | |
| AND EXICO, | : | |
| | : | |
| Petitioners | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 2nd day of August, 2016, the Cross Petition for Allowance of Appeal is **DENIED**.

    Justice Wecht did not participate in the consideration or decision of this matter.